AUSA: Zachary Zurek Telephone: (313) 226-0285

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Timothy Madison, ATF Telephone: (313) 970-0959

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Javon Hawk

Case No. 26-mj-30693

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 30, 2025 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(k) | Possession of a firearm with obliterated serial number |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

Complainant's signature

Timothy Madison, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Judge's signature

Date: November 2, 2026

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Timothy Madison, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a Special Agent (S/A) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and began my tenure with the ATF on March 13, 2022. I am currently assigned to the Detroit Homicide Task Force (HTF), which is comprised of investigators from the Detroit Police Department (DPD), Michigan State Police (MSP), Federal Bureau of Investigation, and the ATF.

2. As an ATF S/A, I have received specialized training at the Federal Law Enforcement Training Center including the Criminal Investigator Training Program and Special Agent Basic Training. During these programs I received a total of twenty-seven weeks of instruction (400+ hours) on subjects including federal criminal law, conducting criminal investigations, interview techniques, surveillance, undercover operations, evidence collection and firearms trafficking.

3. Prior to this, I was employed by the Michigan State Police for more than eight (8) years where I worked various specialty assignments, including directed patrol, undercover narcotics, and special investigations. During my time with the Michigan State Police, I initiated more than one hundred felony

investigations as the lead detective. During my investigations, I drafted more than three hundred warrant affidavits and participated in hundreds of search warrant and arrest operations. These investigations often included both state and federal violations and consisted of crimes of violence, firearms, and drug trafficking.

4. In addition to my specialized training and experience, I have obtained a Juris Doctor from the University of Detroit Mercy School of Law and have been a member of the State Bar of Michigan since October 2016.

5. This affidavit is in support of a criminal complaint and application for an arrest warrant for Javon HAWK for violations of Title 18 U.S.C. § 922(k) (possession of a firearm with obliterated serial number) committed on July 30, 2025.

6. The facts in this affidavit come from my review of police reports, training, experience, conversations with ATF Special Agents and information provided by other sworn law enforcement officers. This affidavit is intended to show that there is sufficient probable cause and does not set forth all the information known to law enforcement regarding this investigation.

## SUMMARY OF THE INVESTIGATION

9. On July 30, 2025, Detroit Police Officers conducted surveillance on Javon HAWK during a homicide investigation. HAWK emerged as a

suspect in a fatal shooting that occurred on July 8, 2025. He was later charged with this homicide but was acquitted at trial.

10. During surveillance investigators observed HAWK enter a vehicle with another male. Investigators followed the vehicle to a business at the 12000 block of E 8 Mile Rd, Detroit, Michigan, a location within the Eastern District of Michigan.

11. At this location, still on July 30, 2025, officers performed a felony stop on the vehicle in order to arrest HAWK. HAWK was the front seat passenger at the time and was taken into custody without incident.

12. Following HAWK's arrest, officers searched the vehicle and located a loaded Glock Model 26, 9mm pistol, with a high-capacity magazine underneath the seat he was previously seated in. The Glock Model 26 pistol had an obliterated serial number. A photograph of the same is included below.



13. Ballistic testing was later performed on the firearm which confirmed it was NOT the firearm used to perpetrate the July 8, 2025, homicide. Thus, HAWK was never charged for unlawfully possessing this particular firearm.

14. Swabs taken from the firearm were taken to the Michigan State Police Forensic Laboratory for Deoxyribonucleic Acid (DNA) testing.

15. According to DNA analysis, the results provided very strong support that HAWK was a contributor to the DNA on the firearm. As it related to the swabs taken from the firearm's slide, it is approximately 1.3 octillion times more likely it originated from HAWK and two unrelated, unknown contributors than if it originated from three unrelated unknown contributors. As it related to the swabs taken from the firearm's grip, it is approximately

1.8 trillion times more likely if it originated from HAWK and three unrelated, unknown contributors than if it originated from four unrelated unknown contributors.

16. Based upon the fact that the obliteration of the serial number was readily apparent, and that HAWK possessed the firearm on July 30, 2025, and it was loaded with (16) live rounds, it is reasonable to infer that HAWK handled the firearm. Therefore, he would have been aware of and knew that the serial number on the firearm had been altered or obliterated.

17. On October 1, 2026, ATF Interstate Nexus Expert S/A Joshua McLean was provided with the make and model information related to the firearm recovered from underneath HAWK's seat. S/A McLean advised the firearm was manufactured outside of the State of Michigan and thus concluded it would have traveled in and affected interstate or foreign commerce.

## CONCLUSION

18. Probable cause exists that on July 30, 2025, in the Eastern District of Michigan, Javon HAWK, illegally possessed a firearm with an obliterated serial number in violation of Title 18 U.S.C. § 922(k) (possession of a firearm with obliterated serial number).

Timothy Madison
ATF Special Agent

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Elizabeth A. Stafford

HONORABLE ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date: November 2, 2026